

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2025

No. 04-25-00232-CV

**IN RE** Bernel **RUIZ**, Relator

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori I. Valenzuela, Justice
            Lori Massey Brissette, Justice

On April 9, 2025, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 16, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 1992EM503023, styled *Attorney General of the State of Texas v. Bernel Ruiz*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Nicole Garza presiding.